```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS  :
DISTRICT COUNCIL WELFARE FUND,  :
PENSION FUND, ANNUITY FUND and  :
TRAINING PROGRAM FUND,  :     1:25-cv-9532-GHW
ANNA GUTSIN, *in her fiduciary capacity as Director*,  :
and  :     ORDER
DAVID BOLGER, *as Business Manager of the Mason*  :
*Tenders District Council of Greater NY and LI*,  :
  :
                          Petitioners,  :
  :
               -against-  :
  :
PRIME CONTRACTORS, INC.,  :
  :
                         Respondent.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On November 14, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than December 8, 2025. Respondent's opposition is due by February 9, 2026. Petitioners' reply, if any, is due by February 23, 2026.

Petitioners are directed to serve the petition and supporting materials upon respondent by November 24, 2025 and to file an affidavit of such service with the Court by December 1, 2025.

SO ORDERED.

Dated: November 18, 2025
New York, New York

                                                                GREGORY H. WOODS
                                                         United States District Judge